UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| IN Re: ) | Chapter 11 |
| ) | Case Number: 09-10517 |
| Rose Marie Cooper ) | |
| ) | |
| _____Debtor-in-Possession\_\_\_) | |

Amendment to Chapter 11 Plan

The Debtor-in-Possession now comes before this Honorable Court to provide her Amendment to Chapter 11 Plan. All terms of the original plan, except those addressed in this amendment remain the same. The changes to the Plan are as follows:

**Class 6 - South Carolina Student Loan Corp.** will be paid $34.42 per month (which includes 0% interest) until five (5%) percent of its general unsecured claim of $43,843.00 (per POC filed 5/7/2009) is paid for a total payment under this Plan of $2,065.10. The monthly payment of $34.42 per month will be applied by South Carolina Student Loan Corporation to the interest due on the obligation. Debtor acknowledges and agrees that the unsecured claim of South Carolina Student Loan Corporation is nondischargeable debt. Debtor further acknowledges and agrees that, notwithstanding the payment provisions outlined herein, interest will continue to accrue on the obligation during the pendency of this Chapter 11 Plan at the contract rate set forth in the applicable loan documents. Upon completion of Plan payments, Debtor acknowledges and agrees that she shall resume making monthly payments pursuant to the contract terms on the remaining balance due on the obligation after credit for the payments made under this Plan.

**Class 2 - Internal Revenue Service** This entity filed an amended claim in the amount of $20,746.36 as the priority portion of the tax debt per their proof of claim filed 10/21/09. The Debtor proposes to pay the sum of $391.51 per month, which includes five (5%) percent fixed interest over an approximate 60 month period, beginning from the date of order for relief, until this claim is paid in full. The Debtor-in-Possession miscalculated the rate of interest when the Plan was proposed and is correcting that scrivener's error with this Amendment. This is a joint debt with the Debtor's estranged spouse and payments have already commenced to the IRS regarding this debt.

**Class 3(D) - Internal Revenue Service** This entity filed an amended claim in the amount of $8,613.00 as the secured portion of the tax debt per their proof of claim filed 10/21/09. The Debtor proposes to pay the sum of $158.62 per month, which includes five (4%) percent fixed interest over an approximate 60 month period until this claim is paid in full. The Debtor-in-Possession miscalculated the rate of interest when the Plan was proposed and is correcting that scrivener's error with this Amendment. This is a joint debt with the Debtor's estranged spouse and payments have already commenced to the IRS regarding this debt.

**Class 6 - Internal Revenue Service** This entity filed an amended claim in the amount of $11,921.93 as the general unsecured portion of the tax debt per their proof of claim filed 10/21/09. The Debtor proposes to pay the sum of $9.93 per month, which includes zero (0%) percent interest until five (5%) percent of this claim is paid over an approximate 60 month period, for a total payout of $596.10. This is a joint debt with the Debtor's estranged spouse and payments have already commenced to the IRS regarding this debt.

Respectfully submitted,

*Rose Marie Cooper*
Rose Marie Cooper
Debtor-in-Possession
981-C Hackler Street
Myrtle Beach SC 29577
(843) 839-9540
(843) 839-9542 Fax

December 14, 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                              )    CASE NO:    09-10517
                                                    )    CHAPTER:    11
Rose Marie Cooper                                   )
981-C Hackler Street                                )
Myrtle Beach SC 29577                               )
                                                    )
                            Debtor                  )
_____)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I have mailed a copy of the AMENDMENT TO CHAPTER 11 PLAN, to the affected creditors as listed below and served same by facsimile.

South Carolina Student Loan Corporation             Via Fax: 803-256-7500
c/o Betsy Johnson Burns, Esq.
Nelson Mullins
1320 Main Street 17th Floor
Columbia SC 29201

Internal Revenue Service                            Via Fax: 336-378-2391
Attn: Wayne Summers
320 Federal Place Rm 335
Greensboro NC 27401

This 14th day of December 2009

*Rose Marie Cooper* (signature)
_____
Rose Marie Cooper
Debtor-in-Possession
981-C Hackler Street
Myrtle Beach SC 29577

December 14, 2009
Myrtle Beach, South Carolina